In the Matter of the Claim of BERNARD DE WEAVER, Claimant, against JACKSON & PERKINS COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Appellant.

Argued October 9, 1947; decided October 17, 1947.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum and Daniel Polansky* of counsel), for appellant.

*Irving L. Schanzer* and *James B. Alley* for respondent.

Order affirmed, with costs, against Workmen's Compensation Board; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.